Reuben D. Nathan, Esq.. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:     (949) 486-1889
Email: r.n@azimynathan.com
          e.a@azimynathan.com

Attorneys of Record for Plaintiff, Joseph Abdullah

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH, | Case No.: 2:06-CV-00891-LKK DAD |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) or (c) AND ORDER** |
| CARL KARCHER ENTERPRISES, INC. dba CARL'S JR. RESTAURANT'S No. 264; PETERSON INVESTMENT COMPANY and Does 1 through 10, inclusive. | |
| Defendants. | |

- 1 -

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE
RULE 41(a) OR (c) AND ORDER

1  PLEASE TAKE NOTICE THAT Plaintiff, Joseph Abdullah, dismisses in its entirety, the above-captioned matter and all Defendants thereto, without prejudice.

DATED: May 9, 2006

AZIMY & NATHAN, LLP

BY: /s/ Reuben D. Nathan, Esq.
Reuben D. Nathan, Esq.
Attorney for Plaintiff, Joseph Abdullah

## ORDER

The above-captioned matter and all defendants thereto are dismissed, without prejudice.

Dated: _____, 2006

Dismissed pursuant to Fed.Civ.P. § 41(a)(1)
_____
United States District Court Judge

- 2 -

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a) OR (c) AND ORDER